[No. 37095-6-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG MICHAEL CAHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05324-8, Serjio Armijo, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 37123-5-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES B. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00426-6, Gary R. Tabor, J., entered December 11, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37654-7-II. Division Two. February 24, 2009.]

CORNELL HOHENSEE, *Appellant*, v. CLALLAM COUNTY COMMISSIONERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-2-00644-6, Kenneth D. Williams, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 26591-9-III. Division Three. February 24, 2009.]

*In the Matter of the Marriage of* MARTA CHILTON TURKSEL, *Respondent*, and BRUCE EDWARD BERNHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 92-3-00053-1, Rebecca M. Baker, J., entered October 30, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.